UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01029-RM-NRN

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff; | : |
| vs. | : |
| 1089 M3 LLC, a Colorado limited liability company; | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant 1089 M3 LLC has reached a settlement with Plaintiff Fred Nekouee. Said parties expect to finalize the settlement in the next 14 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee

## CERTIFICATE OF SERVICE

I certify that on June 6, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze (CO #28399)