UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-01029-RM-NRN

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff; | : |
| vs. | : |
| 1089 M3 LLC, a Colorado limited liability company; | : |
| Defendant. | : |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties have entered into a Settlement Agreement that resolves all matters alleged in this action.

DATE: June 20, 2019

Respectfully submitted,

*/s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: (303) 204-8207; Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

and

HOGAN LOVELLS US LLP
*s/Jessica Black Livingston*
Jessica Black Livingston
Andrew C. Little
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Phone: 303-899-7300; Fax: 303-899-7333
Jessica.livingston@hoganlovells.com
Andrew.lillie@hoganlovells.com
*Attorneys for Defendant 1089 M3 LLC*